

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00136-CR

**IN RE** Robert **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

On March 4, 2020, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 18, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1990-CR-1294, styled *The State of Texas v. Robert Rodriguez*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.